IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>MAURICIO YANEZ-ESCALANTE,<br><br>              Defendant. | 8:15CR294<br><br>**ORDER** |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Jerrold R. Black, as a Criminal Justice Act Training Panel Member, to assist in the defense of MAURICIO YANEZ-ESCALANTE.

      Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, Jerrold R. Black is hereby assigned to assist the Federal Public Defender in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith.  Jerrold R. Black shall not be eligible to receive compensation for services in this case.

      The Federal Public Defender shall continue to be primary counsel on behalf of the Defendant, MAURICIO YANEZ-ESCALANTE.

      Dated this 30th day of September, 2015.

                                                                 BY THE COURT:

                                                                 s/ F.A. Gossett, III
                                                                 United States Magistrate Judge